■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID P. DAVIDSON, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Supreme Court, Erie County, Ostrowski, J.—robbery, third degree.) Present—Callahan, J. P., Doerr, Boomer, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FREDERICK N., Appellant.—Adjudication unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from adjudication of Supreme Court, Erie County, Bayger, J.—attempted robbery, third degree.) Present—Callahan, J. P., Doerr, Boomer, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARCELUS C. GARNER, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Supreme Court, Erie County, Armer, J.—attempted criminal possession of controlled substance, seventh degree.) Present—Callahan, J. P., Doerr, Boomer, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLIFFORD NASH, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Erie County Court, Dillon, J.—petit larceny.) Present—Denman, J. P., Boomer, Green, O'Donnell and Schnepp, JJ.